SELINA BAKER *et al.*, Appellant, v. IOWA LOAN & TRUST COMPANY *et al.*, Appellees.

88 701
99 745

**Appeal:** INSUFFICIENT RECORD OF.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FRIDAY, JANUARY 20, 1893.

This appears to be a proceeding to set aside an order of the district court granting a new trial of an action.

*Cole, McVey & Cheshire,* for appellants.

*Dudley & Coffin, D. F. Witter,* and *H. E. Long,* for appellees.

PER CURIAM.—There is nothing in the record presented to this court from which it can be determined that an appeal has been taken from the district court. There is not even a reference to an appeal, formal or otherwise. The proceeding will, therefore, be DISMISSED.